EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Fabio J. Pacheco Gómez | 2019 TSPR 57 <br><br> 202 DPR ____ |

Número del Caso:  TS-16,745

Fecha: 29 de marzo de 2019

Abogado de la parte peticionaria:

      Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Fabio J. Pacheco Gómez          TS-16,745

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de marzo de 2019.

Examinada la *Segunda moción acreditando fianza notarial y solicitando reinstalación al ejercicio de la abogacía y la notaría* presentada el 1 de marzo de 2019 por el Sr. Fabio J. Pacheco Gómez, se autoriza su reinstalación al ejercicio de la abogacía y de la notaría.

Se le advierte al Lcdo. Fabio J. Pacheco Gómez que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, y atender diligentemente los señalamientos y requisitos de la Oficina de Inspección de Notaría y del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo